UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBERT and MARIYA SKERTICH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-319 |
| ) | |
| EQUIFAX, EXPERIAN, and ) | |
| TRANS UNION, ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

This matter is before the court *sua sponte*. This matter was set for a Rule 16 Preliminary Pretrial Conference on November 6, 2020. Attorney Brandon S. Stein was present on behalf of Equifax, Attorney Logan C. Hughes was present on behalf of Experian, and Attorney Foster D. Patterson was present on behalf of Trans Union. *Pro se* Plaintiffs, Robert Skertich and Mariya Skertich, failed to appear.

As a result, the court ordered the plaintiffs to inform the court, in writing, as to why they failed to appear for the pretrial conference on or before November 20, 2020. [DE 20]. The plaintiffs have failed to do so. Accordingly, the court **RECCOMENDS** that this case be **DISMISSED WITH PREJUDICE** pursuant to **Federal Rules of Civil Procedure 16(f) and 41(b)**.

Pursuant to **28 U.S.C. §636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir. 1999); ***Johnson v. Zema Systems Corporation***, 170

F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 3rd day of February, 2021.

/s/ Andrew P. Rodovich
United States Magistrate Judge